# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2502

_____

| | | |
|---|---|---|
| Charles A. Aldrich, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Laura L. Nelson; Department of | * | |
| Human Services; Office of Child | * | [UNPUBLISHED] |
| Support and Collections, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 4, 2003

Filed: December 10, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Charles A. Aldrich appeals from the district court's[1] dismissal of his civil action arising out of Aldrich's child-support obligations, and the court's imposition of Federal Rule of Civil Procedure 11 sanctions.

_____

[1]The Honorable Paul A. Magnuson, United States District Court Judge for the District of Minnesota.

Upon de novo review, we affirm the district court's dismissal for lack of subject matter jurisdiction for the reasons that the district court explained, see Lemonds v. St. Louis County, 222 F.3d 488, 492-93 (8th Cir. 2000), cert. denied, 531 U.S. 1183 (2001), and we find no abuse of discretion in the imposition of Rule 11 sanctions given the frivolousness of this lawsuit.

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____